UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RELYANT GLOBAL LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:24-cv-00302 |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Relyant Global, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby gives notice to the Court and all parties of the voluntary dismissal of this civil action without prejudice.

Respectfully submitted this 18th day of September, 2024.

        **LACY, PRICE & WAGNER, PC**

        By: /s/ James H. Price
            James H. Price (BPR #016254)
            Michael R. Franz (BPR #031664)
            249 North Peters Road, Suite 101
            Knoxville, TN 37923
            (865) 246-0800
            jprice@lpwpc.com
            mfranz@lpwpc.com
            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2024, a true and exact copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        /s/ James H. Price
        James H. Price (BPR #016254)